0050-1B-EPIF1B-00036039-175178

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  ADRIENNE C. SMITH                                   Case No.:  13-3-0197 HLB

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

David Burchard, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1) The case was filed on  01/29/2013.
2) The plan was confirmed on  04/19/2013.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  03/18/2014.
4) The trustee filed action to remedy default by the debtor in performance under the plan on  11/18/2015, 02/19/2014.
5) The case was dismissed on  01/01/2016.
6) Number of months from filing or conversion to last payment:  32.
7) Number of months case was pending:  36.
8) Total value of assets abandoned by court order:  NA.
9) Total value of assets exempted:  68,490.00.
10)  Amount of unsecured claims discharged without full payment:  .00.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $10,985.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $10,985.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $5,150.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $562.25 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $5,712.25 |
| Attorney fees paid and disclosed by debtor: | $300.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS BANK FSB | Unsecured | 7,803.00 | 7,871.72 | 7,871.72 | .00 | .00 |
| ATTORNEY GENERAL -  DEPT OF JUSTI | Unsecured | NA | NA | NA | .00 | .00 |
| CA EMPLOYMENT DEVELOPMENT DEPT | Unsecured | NA | NA | NA | .00 | .00 |
| CHIEF TAX COLLECTION SECTION | Unsecured | NA | NA | NA | .00 | .00 |
| CITY AND COUNTY OF SAN FRANCISCO | Priority | NA | NA | NA | .00 | .00 |
| ECAST SETTLEMENT CORPORATION | Unsecured | 8,097.00 | 8,097.97 | 8,097.97 | .00 | .00 |
| FRANCHISE TAX BOARD | Priority | 671.00 | 2,043.51 | 1,858.20 | .00 | .00 |
| FRANCHISE TAX BOARD | Unsecured | 829.00 | 185.31 | 185.31 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 19,691.50 | 19,191.35 | 17,813.92 | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,377.43 | 1,377.43 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,210.00 | 1,272.21 | 1,272.21 | .00 | .00 |
| KINECTA FEDERAL CREDIT UNION | Unsecured | 7,701.00 | NA | NA | .00 | .00 |
| LVNV FUNDING LLC/IT SUCCESSORS A | Unsecured | 824.00 | 876.33 | 876.33 | .00 | .00 |
| OFFICE OF THE UNITED STATES TRUST | Unsecured | NA | NA | NA | .00 | .00 |
| PITE DUNCAN LLP | Other | NA | NA | NA | .00 | .00 |

Case: 13-30197    Doc# 53    Filed: 02/17/16    Entered: 02/17/16 10:30:48    Page 1 of 3

0050-1B-EPIF1B-00036039-175178

# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA

In re: ADRIENNE C. SMITH                                          Case No.: 13-3-0197 HLB

      Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| PLACER COUNTY TAX COLLECTOR | Other | NA | NA | NA | .00 | .00 |
| PRA RECEIVABLES MGMT, LLC AS AGEN | Unsecured | 15,872.00 | 15,701.04 | 15,701.04 | .00 | .00 |
| US ATTORNEY - CHIEF, TAX DIVISION | Unsecured | NA | NA | NA | .00 | .00 |
| WELLS FARGO BANK | Secured | 333,851.00 | 339,207.73 | 339,207.73 | .00 | .00 |
| WELLS FARGO BANK | Secured | 7,327.06 | 7,327.06 | 7,327.06 | 5,272.75 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
|    Mortgage Ongoing: | 339,207.73 | .00 | .00 |
|    Mortgage Arrearage: | 7,327.06 | 5,272.75 | .00 |
|    Debt Secured by Vehicle: | .00 | .00 | .00 |
|    All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | 346,534.79 | 5,272.75 | .00 |
| **Priority Unsecured Payments:** | | | |
|    Domestic Support Arrearage: | .00 | .00 | .00 |
|    Domestic Support Ongoing: | .00 | .00 | .00 |
|    All Other Priority: | 19,672.12 | .00 | .00 |
| **TOTAL PRIORITY:** | 19,672.12 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 35,382.01 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $5,712.25 |
| Disbursements to Creditors: | $5,272.75 |
| **TOTAL DISBURSEMENTS:** | $10,985.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 01/29/2016         By: /s/David Burchard
                                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.

0050-1B-EPIH1B-00036039-428512

# UNITED STATES BANKRUPTCY COURT
Northern District of California

| | |
|---|---|
| IN RE: | CASE NO: |
| ADRIENNE C. SMITH | 13-3-0197 HLB |

## CERTIFICATE OF SERVICE

I hereby certify that I am a citizen of the United States, over the age of 18 years of age and not a party to the within case; my business address is 1065 E. Hillsdale Blvd, Suite 200, Foster City, California, 94404. I hereby certify that I served the document noted below by first class U.S. mail, postage prepaid, on the date noted below, or served by electronic transmission from the Court, if applicable.

Document: Trustee's Final Report and Account

Dated: 02/17/2016                                         /s/
                                                          Cecilia Marcelo
                                                          Closed Case Administrator

ADRIENNE C. SMITH
P.O. BOX 2065 MILL VALLEY, CA 94942

JASON HONAKER
LAW OFFICES OF JASON HONAKER 1860 EL CAMINO REAL #238 BURLINGAME, CA 94010